## PEARL v. STATE BOARD OF EDUCATION et al.

No. 12039—Opinion Filed Oct. 2, 1923.

(Syllabus.)

**Appeal and Error — Dismissal — Illegal Appeal.**

Where it appears from a motion to dismiss appeal to this court that the appeal is one not authorized by law, and where the contrary does not appear from the response of the plaintiff in error and has not been returned for examination by the court, although requests for its return have been made, the appeal will be dismissed.

Appeal from action of State Board of Education by M. W. Pearl. Dismissed.

M. W. Pearl, for plaintiff in error.

George F. Short, Atty. Gen., and Kathryn Van Leuven, Asst. Atty. Gen., for defendants in error.

COCHRAN, J. A motion to dismiss appeal has been filed herein by the defendants in error, alleging that the appeal is from the action of the State Board of Education and that no appeal is provided by statute in such cases. The record in this case appears

ot have been withdrawn by the laintiff in error in January, 1921, and has never been returned, and for that reason it is impossible to ascertain from the record itself what questions are involved in this appeal.

In these circumstances, it appearing from the motion to dismiss the appeal that the same was not authorized by law, the appeal is dismissed.

All the Justices concur.